563 A.2d 1181

**GENERAL ELECTRIC COMPANY and Electric Mutual Liability Insurance Company, Appellants,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (Lawrence SPORIO), Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1989.

Decided Sept. 29, 1989.

P. Ronald Cooper, Reding, Rea & Cooper, P.C., Pittsburgh, for appellants.

Richard G. Spagnolli, Richard J. Schubert, McArdle, Caroselli, Spagnolli & Beachler, Pittsburgh, for Lawrence Sporio.

Timothy Conboy, Ernest D. Preate, Jr., Atty. Gen., Norman R. Haigh, Secretary, W.C.A.B., Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

AND NOW, this 29th day of September, 1989, the order of the Commonwealth Court is hereby reversed and remanded to the Workmen's Compensation Appeal Board for consideration of General Electric's and Electric Mutual's appeal on the merits.